| | |
|---|---|
| 1 | KATHERINE C. HUIBONHOA (SB# 207648) |
|   | katherinehuibonhoa@paulhastings.com |
| 2 | RYAN C. HESS (SB# 263079) |
|   | ryanhess@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | Telephone:  (415) 856-7000 |
|   | Facsimile:  (415) 856-7100 |

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO REYES, | CASE NO. C-10-00787 ~~MHP~~  MMC |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| UNITED PARCEL SERVICE, INC., a corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | |

Case No. C-10-00787 MHP

STIP. AND [PROPOSED] ORDER CONTINUING CMC AND RELATED  DEADLINES

**STIPULATION**

1. On May 12, 2010, counsel for Plaintiff Fernando Reyes ("Plaintiff") and Defendant United Parcel Service, Inc. ("UPS") held their meet and confer conference regarding initial disclosures, alternative dispute resolution ("ADR") options, the joint case management statement, and the Rule 26(f) discovery plan.

2. During the meet and confer conference, lead counsel for Plaintiff indicated that he is not available for the Initial Case Management Conference currently scheduled for June 4, 2010 at 10:30 a.m.  The earliest date following June 4, 2010 on which lead counsel for both parties are available, and on which the Court holds initial case management conferences, is June 18, 2010.  In order to allow lead counsel for both parties to attend the initial case management conference, the parties stipulate to continuing the initial case management conference from June 4, 2010 at 10:30 a.m. to June 18, 2010 at 10:30 a.m.

3. Based on this agreement, the parties also stipulate to continue the following dates preceding the initial case management conference:

(a) The parties shall file their ADR Certifications and either (1) a Stipulation to ADR Process or (2) a Notice of Need for ADR Phone Conference on or before May 28, 2010.  The parties were not able to agree on an ADR option during their meet and confer conference on May 12, 2010, and the additional time will allow the parties to attempt to reach an agreement.

(b) The parties shall file their Joint Case Management Statement, including the parties' Rule 26(f) discovery plan, on or before June 11, 2010.

//

//

1    (c)     The parties shall serve their initial disclosures on or before June 11,
2  2010.

5  DATED: May 14, 2010                PAUL, HASTINGS, JANOFSKY & WALKER LLP

7                                      By: _____
                                              RYAN C. HESS

   Attorneys for Defendant
9  UNITED PARCEL SERVICE, INC.

10 DATED: May 14, 2010                ADVANTAGE AGE LAW GROUP, APC

12                                     By: _____
                                              PATRICK J.S. NELLIES

   Attorneys for Plaintiff
14 FERNANDO REYES

16                                  [PROPOSED] ORDER

18         Good cause appearing, the Court adopts the parties' stipulation as the Order of the
19 Court. Accordingly, the Initial Case Management Conference is continued from June 4, 2010 at
20 10:30 a.m. until June 18, 2010 at 10:30 am, and the other case deadlines are modified according
21 to the parties' stipulation.

23         IT IS SO ORDERED.

25 Dated: May 17, 2010                    _____
                                           Hon. Maxine M. Chesney
                                           United States District Judge