KATHERINE C. HUIBONHOA (SB# 207648)
RYAN C. HESS (SB# 263079)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
katherinehuibonhoa@paulhastings.com
ryanhess@paulhastings.com

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

PATRICK J. S. NELLIES (SB# 171254)
JOHN R. GOFFAR (SB# 184988)
MARC G. KROOP (SB# 168600)
ANTHONY RUGGIERI (SB# 195202)
ADVANTAGE LAW GROUP, APC
5820 Oberlin Drive, Suite 110
San Diego, California 92121
Telephone: (858) 622-9002
Facsimile: (858) 622-9540
pnellies@advantagelawgroup.com

Attorneys for Plaintiff
FERNANDO REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO REYES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C-10-00787 MMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

Case No. C-10-00787 MMC
LEGAL_US_W # 65532228.1

STIPULATION FOR DISMISSAL OF ACTION AND ORDER

## STIPULATION

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff Fernando Reyes and defendant United Parcel Service, Inc., acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

DATED:  August 17, 2010          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                 By: _____/s/_____
                                     KATHERINE C. HUIBONHOA

                                 Attorneys for Defendant
                                 UNITED PARCEL SERVICE, INC.

DATED:  August 17, 2010          ADVANTAGE LAW GROUP, APC

                                 By: _____/s/_____
                                     PATRICK J.S. NELLIES

                                 Attorneys for Plaintiff
                                 FERNANDO REYES

## ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 7, 2010

_____
Maxine M. Chesney
United States District Judge